UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                                                                  Case No. 2:06-mj-10

DANIEL LEE LaCASSE,                                      HON. TIMOTHY P. GREELEY

       Defendant.
_____/

## ORDER OF DETENTION

       Defendant appeared before the undersigned on March 16, 2006, for purposes of an initial appearance on a complaint charging him with Felon in Possession of a Firearm.  At that time, the court was advised that a parole detainer had been placed on the defendant.  Accordingly, defendant will be detained pending further proceedings.  Defendant will reserve the right to request a detention hearing at a later date if the issue of the detainer is resolved.

       Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

                            /s/ Timothy P. Greeley
                            TIMOTHY P. GREELEY
                            UNITED STATES MAGISTRATE JUDGE

Dated:  March 17, 2006